UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 24-1902

———————

JOSEPH LOKUTA, III, individually and d/b/a Lokuta's Garage Corporation,
                                                                    Appellant

v.

LENA ANGELELLA, Chief of Police, Pittston Township Police Department;
DAVID SLEZAK, Chairman of the Board of Supervisors of Pittston Township;
JOSEPH HAWK, Vice Chairman of the Board of Supervisors of Pittston Township;
STEPHEN RINALDI, Member of the Board of Supervisors of Pittston Township;
JOHN BONITA, Administrator of Pittston Township

———————

(D.C. No. 3:23-cv-01617)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, Chief Judge, and HARDIMAN, SHWARTZ, KRAUSE,
         RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
         MONTGOMERY-REEVES, CHUNG, and *ROTH Circuit Judges

       The petition for rehearing filed by Appellant in the above-entitled case having been

submitted to the judges who participated in the decision of this Court, it is hereby

**ORDERED** that the petition for rehearing by the panel is **GRANTED**.  The Clerk is

*Judge Roth's vote was limited to panel rehearing only.

directed to file the amended opinion contemporaneously with this order.  As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

A majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is **DENIED**.

BY THE COURT,

s/ Stephanos Bibas
Circuit Judge

Date: February 11, 2025
cc: All Counsel of Record